U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

JUN 2 7 2006

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WITHEROW, et al., | 3:01-CV-0404-LRH (VPC) |
| Plaintiff(s), | |
| vs. | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| JACKIE CRAWFORD, et al., | |
| Defendant(s). | |

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

Defendants moved to dismiss plaintiff Barbara Keenan with prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b) (#154). The parties were provided with notice of the motion to dismiss pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (#156). No opposition was filed.

Plaintiff Barbara Keenan has failed to communicate with her attorney, Donald Evans, since early 2005 (#124). In January 2006, Mr. Evans moved to withdraw as attorney for Ms. Keenan (#124). Notice of the motion was mailed to Ms. Keenan at her last known address (#129). No opposition was filed, and the motion was granted (#136).

Furthermore, Ms. Keenan has refused to participate in discovery, including failing to appear for her properly noticed deposition (#154). The court concludes that Ms. Keenan has abandoned her claims and waived her right to a disposition on the merits. Therefore, it is recommended that Barbara Keenan be dismissed with prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## RECOMMENDATION

For the reasons stated above, the undersigned Magistrate Judge recommends that the District Judge enter an order dismissing plaintiff Barbara Keenan with prejudice.

DATED: June 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE