UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOHN WITHEROW, et al., | ) |
| Plaintiff, | ) 3:01-CV-00404-LRH (VPC) |
| v. | ) O R D E R |
| JACKIE CRAWFORD, et al., | ) |
| Defendants. | ) |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #159) entered on May 25, 2006, recommending denying Plaintiffs' Motion for Preliminary Injunction (Doc. #128) filed on February 21, 2006. Plaintiffs filed their Objection to Report and Recommendation by U.S. Magistrate Judge (Doc. #170) on June 16, 2006, and Defendants filed their Response to Objections to Magistrate Judge's Report and Recommendation on July 13, 2006 (Doc. #185), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #159) entered on May 25, 2006, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #159) entered on May 25, 2006, is adopted and accepted, and Plaintiffs' Motion for Preliminary Injunction (#128) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2