1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * * * *

9    JOHN WITHEROW, et al.,                    )
                                               )
10                       Plaintiff,            )        3:01-CV-00404-LRH (VPC)
                                               )
11   v.                                        )
                                               )       O R D E R
12   JACKIE CRAWFORD, et al.,                  )
                                               )
13                       Defendants.           )
     _____ )

14

15          Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke

16   (Doc. #177) entered on June 27, 2006, recommending granting of Defendants' Motion to Dismiss

17   Plaintiff Barbara Keenan for Failure to Prosecute (#154). No objections have been filed to the

18   Magistrate Judge's recommendation.

19          The court has conducted its *de novo* review in this case and has fully considered the

20   Magistrate Judge's reasoning, the pleadings and memoranda of the parties and other relevant matters

21   of record.  The court determines that the Magistrate Judge's Report and Recommendation entered on

22   June 27, 2006, should be adopted and accepted.

23   ///

24   ///

25   ///

26   ///

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

2  (Doc. #177) entered on June 27, 2006, is adopted and accepted, and Defendants' Motion to Dismiss

3  Plaintiff Barbara Keenan for Failure to Prosecute (Doc. #154) be GRANTED.  Plaintiff Barbara

4  Keenan shall be dismissed with prejudice and the Clerk shall enter judgment accordingly.

5    IT IS SO ORDERED.

6    DATED this 23rd  day of August, 2006.

7

8

9    _____

10   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2