1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                   * * * * *

9   JOHN WITHEROW, et al.,                    )
                                              )
10                   Plaintiff,               )        3:01-CV-00404-LRH (VPC)
                                              )
11  v.                                        )
                                              )        O R D E R
12  JACKIE CRAWFORD, et al.,                  )
                                              )
13                   Defendants.              )
    _____  )
14

15          Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke

16  (Doc. #193) entered on October 17, 2006, recommending denying Plaintiffs' Motion for Partial

17  Summary Judgment (Doc. #152) filed on May 17, 2006.  Plaintiffs filed their Objection to Report and

18  Recommendation of U.S. Magistrate Judge  (Doc. #196) on October 27, 2006, and Defendants filed

19  their Response to Objection to Report and Recommendation of U.S. Magistrate Judge on

20  November 13, 2006 (Doc. #198), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules

21  of Practice of the United States District Court for the District of Nevada.

22          The Court has conducted its *de novo* review in this case, has fully considered the objections

23  of Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record  pursuant

24  to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

25  Report and Recommendation (Doc. #193) entered on October 17, 2006, should be adopted and

26  accepted.

1         IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

2   (Doc. #193) entered on October 17, 2006, is adopted and accepted, and Plaintiffs' Motion for Partial

3   Summary Judgment (#152) is DENIED.

4         IT IS SO ORDERED.

5         DATED this 28th  day of December, 2006.

6

7

8   _____

9   LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2