UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOHN WITHEROW, et al., | |
| Plaintiff, | 3:01-CV-00404-LRH (VPC) |
| v. | O R D E R |
| JACKIE CRAWFORD, et al., | |
| Defendants. | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #197) entered on November 7, 2006, recommending granting in part and denying in part Defendants' Motion for Summary Judgment (Doc. #167) filed on June 9, 2006. Plaintiffs filed their Objections to Magistrate Judge's Report and Recommendation (Doc. #200) on November 20, 2006, Defendants filed their Objection to Magistrate Judge's Report and Recommendation (Doc. #203) on December 1, 2006, and Defendants filed their Response to Objections to Magistrate Judge's Report and Recommendation on December 5, 2006 (Doc. #204), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of Plaintiffs and Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #197) entered on November 7, 2006, should

1 be adopted and accepted.

2     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #197) entered on November 7, 2006, is adopted and accepted, and Defendants' Motion for Summary Judgment (#167) is granted in part and denied in part.

    IT IS SO ORDERED.

    DATED this 28th day of December, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE